**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES DEAN LEAVITT,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00260-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 15-16] |

Pending before the Court are Defendants' notices of entry of orders. Docket Nos. 15-16. In federal court, notice of the Court's orders is provided to case participants by CMECF. *See, e.g.*, Docket No. 12 (notice of electronic filing). A separate filing is not required to provide notice of issued orders. Accordingly, the Court STRIKES the notices at Docket Nos. 15 and 16.

IT IS SO ORDERED.

Dated: February 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1