Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DEAN LEAVITT,<br><br>                    Plaintiff<br><br>     vs.<br><br>STATE OF NEVADA EX. REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION; KERI NIKOLAJEWSKI; SHERRY OLSON; PATRICK CARTER; CATHY McADOO; BRYON BROOKS; CAROL DEL CARLO; JOHN MORAN; JOSEPH SUNBURY; and DOES 1 through 10,<br><br>                    Defendants | CASE NO. 2:24-cv-00260-CDS-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS [LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective

1

counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to State of Nevada, et al., motion to dismiss filed on March 27, 2024, for which the response is currently due on April 10, 2024, will be continued until April 16, 2024.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, including a reply appellate brief, response to a motion for summary judgment and trial prep documents due in another case going to trial. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' motion to dismiss.

| LAW OFFICES OF MICHAEL P. BALABAN | NEVADA SYSTEM OF HIGHER EDUCATION |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorney for Plaintiff | /s/ Lynda P. King<br>Lynda P. King, Esq.<br>4300 South Maryland Parkway<br>Las Vegas, NV 89119<br>Attorney for Defendants |
| Dated: April 4, 2024 | Dated: April 4, 2024 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 8, 2024