# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES DEAN LEAVITT,<br><br>    Plaintiff(s),<br><br>v.<br><br>KERI NIKOLAJEWSKI, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00260-CDS-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by May 24, 2024.

IT IS SO ORDERED.

Dated: May 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1