LYNDA P. KING
Senior Associate General Counsel
Nevada Bar No. 7047
lking@nshe.nevada.edu
DAVID R. HALL
Deputy General Counsel
Nevada Bar No. 6333
dhall@nshe.nevada.edu
NEVADA SYSTEM OF HIGHER EDUCATION
4300 South Maryland Parkway
Las Vegas, Nevada 89119
Telephone (702) 889-8426
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES DEAN LEAVITT, <br><br>      Plaintiff <br><br> vs. <br><br> STATE OF NEVADA ex. rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION; KERI NIKOLAJEWSKI; SHERRY OLSON; PATRICK CARTER; CATHY McADOO; BYRON BROOKS; CAROL DEL CARLO; JOHN MORAN; JOSEPH SUNBURY; and DOES 1 through 10, <br><br>      Defendants | CASE NO. 2:24-cv-00260-CDS-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, James Dean Leavitt ("Plaintiff") and Defendants, the State of Nevada *ex rel.* Board of Regents of the Nevada System of Higher Education ("NSHE"), Byron Brooks, Carol Del Carlo, Patrick Carter, Cathy McAdoo, John Moran, Keri Nikolajewski, Sherry Olson, and Joseph Sunbury (collectively, "Defendants"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

1. Plaintiff commenced this action in the Eighth Judicial District Court of Nevada on November 9, 2023, in Case No. A-23-881329-C ("State Court Action"). On November 23, 2023, Plaintiff filed his First Amended Complaint for Damages in the State Court Action ("First Amended Complaint") [**ECF No. 1-1**]. On February 7, 2024, Defendants Crystal Abba, Byron Brooks, Carol Del Carlo, Patrick Carter, James Martines, Cathy McAdoo, John Moran, Keri Nikolajewski, Sherry Olson, Melody Rose, and Joseph Sunbury filed a Notice of Removal of Action pursuant to 28 U.S.C. § 1441 - Federal Question, removing the matter to this Court. [**ECF No. 1**];

2. On February 23, 2024, the parties stipulated and agreed to the voluntary dismissal with prejudice of named Defendants Crystal Abba, James Martines, Joseph Reynolds, and Melody Rose [**ECF No. 11**].

3. Plaintiff and Defendants have entered into an agreement resolving all disputes between them;

4. Each party will bear its own costs and fees;

5. Plaintiff will withdrawal any and all other pending legal claims against Defendants and provide written confirmation of the same within five (5) days of filing of this Stipulation and Order for Dismissal; and

6. There being no remaining disputes between the parties, the parties respectfully request

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

the instant Stipulation and Order be confirmed by the Court and that the Court dismiss this matter with prejudice.

DATED:  November 19, 2024

NEVADA SYSTEM OF HIGHER EDUCATION

/s/ David R. Hall
LYNDA P. KING
Senior Associate General Counsel
Nevada Bar No. 7047
DAVID R. HALL
Deputy General Counsel
Nevada Bar No. 6333
4300 S. Maryland Pkwy.
Las Vegas, Nevada 89119
Telephone: (702) 889-8426
*Attorneys for Defendants*

DATED:  November 21, 2024

LAW OFFICES OF MICHAEL P. BALABAN

/s/  Michael P. Balaban
MICHAEL P. BALABAN
State Bar No. 9370
10726 Del Rudini Street
Las Vegas, Nevada 89141
Telephone No.:  (702) 586-2964
Fax:  (702)  586-3023
*Attorney for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
THE HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED:  November 22, 2024

Respectfully submitted,
NEVADA SYSTEM OF HIGHER EDUCATION

/s/ David R. Hall
LYNDA P. KING
Senior Associate General Counsel
Nevada Bar No. 7047
DAVID R. HALL
Deputy General Counsel
Nevada Bar No. 6333
4300 S. Maryland Pkwy.
Las Vegas, Nevada 89119
Telephone: (702) 889-8426
*Attorneys for Defendants*